*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) | Case Nos.: |
|---|---|---|
| | ) | *EDCV 11- 01817VAP* |
| Plaintiff, | ) ) | EDCR 09-00122(B) VAP |
| v. | ) ) | **JUDGMENT** |
| JASON DUANE WILSON, | ) ) | |
| Defendant. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant's Motion is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 24, 2012

VIRGINIA A. PHILLIPS
United States District Judge