*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) | Case Nos.: ***EDCV 11- 01817VAP*** EDCR 09-00122(B) VAP |
| | | **JUDGMENT** |
| Plaintiff, | | |
| v. | | |
| JASON DUANE WILSON, | | |
| Defendant. | | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant's Motion is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:  May 24, 2012

_Virginia a. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge